UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RUSSELL ROSE,

                Petitioner,

    -against-

WARDEN J. L. JAMISON,

                Respondent.

------------------------------------------------------------X

24-CV-09584 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On January 10, 2025, the Honorable Vernon S. Broderick referred this *habeas corpus* petition to me for a report and recommendation. See 28 U.S.C. § 636(b)(1)(A). Respondent answered the petition on April 21, 2025, and served the answer by mail that same day. ECF No. 17-19. The Court directed Plaintiff to file any reply brief 30 days after receiving Respondent's brief. ECF No. 16. As of June 2, 2025, Petitioner has not filed a reply brief. The Court deems this matter fully briefed.

**SO ORDERED.**

                                            SARAH NETBURN
                                            United States Magistrate Judge

DATED:     June 2, 2025
               New York, New York