USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/25/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
**RUSSELL ROSE,**

**Petitioner,**

**-against-**

**WARDEN J. L. JAMISON,**

**Respondent.**
---------------------------------------------------------------X

**24-CV-09584 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Petitioner Russel C. Rose filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner seeks to have the Bureau of Prisons ("BOP") correctly calculate his Earned Time Credit under the First Step Act in order to accelerate his transfer to a Residential Reentry Center or home confinement. See ECF No. 1. The Respondent opposes the petition on several grounds, including failure to exhaust and because the BOP properly calculated Petitioner's credits and transition-to-community date of July 17, 2026. See ECF No. 17.

According to BOP records, it appears that Petitioner has since been transferred to RRM New York, a residential reentry facility. As such, Petitioner's habeas petition is likely moot. The parties are therefore directed to meet and confer and to file a status letter by September 11, 2026, advising the Court whether Petitioner's habeas petition should be denied as moot.

The Clerk of Court is directed to update Petitioner's address and mail this order to:

RRM New York
201 Varick Street, Room 849
New York, New York 10014

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 25, 2026
New York, New York