USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**----------------------------------------------------------------X**

**RUSSELL ROSE,**

**Petitioner,**

**-against-**

**WARDEN J. L. JAMISON,**

**Respondent.**

**----------------------------------------------------------------X**

**24-CV-09584 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Counsel for Respondent requested an extension to file a joint status letter regarding whether Petitioner's petition for a writ of habeas corpus should be denied as moot. See ECF No. 22. In that letter, Counsel for Respondent provided Petitioner's updated mailing address. See id.

The requested extension is GRANTED. The parties are directed to file a joint status letter as to whether Petitioner's claim is moot no later than Friday, September 18, 2026.

Separately, because it is unclear whether Petitioner received recently filed documents, the Clerk of Court is directed to re-mail the orders at ECF Nos. 20–21 to:

Russell C. Rose
No. 23921-038
Coolidge House
307 Huntington Avenue
Boston, MA 02115

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 15, 2026
New York, New York