**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

RUSSELL ROSE,

Petitioner,

-against-

WARDEN J. L. JAMISON,

Respondent.

-----------------------------------------------------------X

24 **CIVIL** 9584 (VSB)(SN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated September 28, 2026, the Petition is hereby DENIED as moot without prejudice as Petitioner has been transferred to a residential reentry facility; accordingly, the case is closed.

**DATED:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**